COLES *v.* RAYMOND and Another.—In chancery.

TWO witnesses, or one witness with corroborating cir-
cumstances, are necessary to sustain a bill in chancery against
the express denial of the answer. R. S. 1838, p. 439.—
*Green et al.* v. *Vardiman et al.* 2 Blackf. 324.